SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under the Last Will and Testamant of ADELA C. B. SWEETING, Deceased, Plaintiff, *v.* WILLIAM H. CAMPBELL, Defendant.

*Real property — title — parties — arbitration*

Submission of a controversy under an agreed statement of facts.

PER CURIAM: The parties herein have submitted a case upon an agreed statement of facts under sections 1279–1281 of the Code of Civil Procedure. The plaintiff is executor and trustee under the will of Adela C. B. Sweeting. The beneficiaries of certain trusts contained in the will are not parties to this action. The determination of the question submitted would affect the title to real estate. Such a determination, however, would not foreclose the said beneficiaries, as they are not parties. For that reason this court cannot determine the controversy. The statement of facts does not show what property testator left as we think it should. (*Kondolf* v. *Britton*, 160 App. Div. 381.) The action should be dismissed, without costs. All concurred. Action upon the submission dismissed, without costs.

In the Matter of the Application of MARGARET LINTON, Appellant, for a Writ of Habeas Corpus, Directed to WILLIAM LINTON and ELIZA LINTON, Respondents.— Order affirmed, without costs. All concurred. (See *People ex rel. Linton* v. *Linton, ante,* p. 960.)

THE FARMERS AND MECHANICS SAVINGS BANK OF THE CITY OF LOCKPORT, Respondent, v. THE CITY OF LOCKPORT, Appellant.— Judgment affirmed, with costs. All concurred.

COLUMBUS ROBINSON, Appellant, v. EDWARD WALKER, Respondent.— Judgment and order affirmed, with costs. All concurred.

REBA SHERMAN, Respondent, v. EVAN H. PUGH, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOSEPH KOWALSKI, Respondent, v. HERMAN F. GUHL, Appellant.— Judgment and order affirmed, with costs. All concurred.

JERRY C. CONKLIN, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order affirmed, with costs. All concurred.

ELI K. PEASLEY, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.